**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| SHAVONDA RODGERS, | Civil No. 09-2760 (JRT/JSM) |
| Plaintiff, | |
| v. | **ORDER** |
| L.A. FITNESS INTERNATIONAL, LLC, | |
| Defendant. | |

---

Paul Iversen and Richard Williams, Jr., **WILLIAMS & IVERSEN,** 1611 West County Road B, Suite 208, Roseville, MN 55113, for plaintiff.

Gabrielle Mead and Melissa Raphan, **DORSEY & WHITNEY LLP**, 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402, for defendant.

This matter is before the Court on the Stipulation to Dismiss, With Prejudice, Counts IV (Breach of Contract), V (Unjust Enrichment), and VI (Quantum Meruit) of the Complaint brought by Plaintiff Shavonda Rodgers, filed on May 17, 2010 [Docket No. 17].

**IT IS HEREBY ORDERED** that Plaintiff's Counts IV, V, and VI of the Complaint be **DISMISSED WITH PREJUDICE**, without costs or disbursements to any party.

DATED: May 18, 2010　　　　　　　　　　　s/ John R. Tunheim
at Minneapolis, Minnesota.　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　United States District Judge