# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| SHAVONDA RODGERS, | Civil No. 09-2760 (JRT/JSM) |
| Plaintiff, | |
| v. | |
| L.A. FITNESS INTERNATIONAL, LLC, | **ORDER FOR DISMISSAL** |
| Defendant. | |

_____

Paul Iversen and Richard Williams, Jr., **WILLIAMS & IVERSEN**, 2400 County Road D West, Suite 110, St. Paul, MN 55112, for plaintiff.

Gabrielle Mead and Melissa Raphan, **DORSEY & WHITNEY LLP,** 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402, for defendant.

This matter is before the Court on the stipulation of dismissal filed by the parties on September 29, 2010 [Docket No. 31].

**IT IS HEREBY ORDERED** that the above-captioned matter be **DISMISSED WITH PREJUDICE**, and without costs, disbursements or attorneys' fees to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


DATED: September 29, 2010
at Minneapolis, Minnesota.

                                                                s/ John R. Tunheim
                                                                JOHN R. TUNHEIM
                                                             United States District Judge